IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB 15 2024

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA, and
THE STATE OF TEXAS,
*ex rel.* SAEED SHOAR

Plaintiffs,

v.

MOHAMMED ATHARI;
MOHAMMED ATHARI, M.D., P.A.;
UNIVERSAL MRI & DIAGNOSTICS,
INC. (d/b/a BAYTOWN OPEN MRI,
CONROE OPEN MRI, and HUMBLE
MRI); and UNIVERSAL OPEN MRI,
INC.,

Defendants.

CIVIL ACTION NO. 4:21-cv-00925

JUDGE GEORGE C. HANKS, JR.

## RELATOR'S UNOPPOSED NOTICE OF VOLUNTARY DISMISSAL OF *QUI TAM* ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P.41(a)(2)

Relator moves for voluntary dismissal of this *qui tam* action without prejudice pursuant to Fed. R. Civ. P. 41(A)(2). Under the False Claims Act, a *qui tam* action "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). No opposing party has served either an answer or a motion for summary judgment.

The United States notified Relator's counsel of its consent to dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest, and the matter does not warrant the continued expenditure of Government resources to pursue or monitor the action based on currently available information.

The United States does not intend to intervene in this matter and Relator does not intend to pursue this litigation on his own. The United States notified Relator's counsel of its intent to file a separate consent to dismissal and a proposed order, which will dismiss this action without prejudice.

Dated: February 15, 2024.

/s/ Cory S. Fein
Cory S. Fein
Cory Fein Law Firm
712 Main St., Suite 800
Houston, TX 77002
cory@coryfeinlaw.com
(281) 254-7717 (phone)
(530) 748-0601 (fax)

**ATTORNEY FOR RELATOR**